IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| BERRY GREEN,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER CAMARILLO; OFFICER WEST; and OFFICER TUCKER,<br><br>    Defendants. | CIVIL ACTION NO.: 2:22-cv-109 |

**O R D E R**

This matter is before the Court on Defendants' Motion to Stay. Doc. 45. Plaintiff has not responded to Defendants' Motion, and the time to do so has expired, indicating there is no opposition. Local R. 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to the motion."). Thus, the Court **GRANTS** Defendants' unopposed Motion and **STAYS** the proceedings in this case, including discovery, pending resolution of Defendants' motion to dismiss. Should any claims remain pending after the Court's resolution of the motion to dismiss, this stay shall be lifted automatically.

**SO ORDERED**, this 2nd day of June, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA