AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BERRY GREEN,

    Plaintiff,

v.

OFFICER CAMARILLO, OFFICER WEST, and OFFICER TUCKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-CV-109

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the March 14, 2024 Order, the Court grants Defendants' Motion to Dismiss and dismisses without prejudice Plaintiff's Complaint in its entirety. Further, the Court denies Plaintiff leave to proceed in forma pauperis on appeal. This case stands closed.

Approved by: [signature]
HON. BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Date: March 14, 2024

John E. Triplett, Clerk of Court
Clerk

[signature]
(By) Deputy Clerk

GAS Rev 10/2020